IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **MELANIE ANN KOHLI**, fka : Chapter **13**
Melanie Ann Simmonette, fka : Case No. **5:19-bk-03250**
Melanie Ann Mortimer, :
Debtor(s) :

## CERTIFICATE OF MAILING: ORDER CONFIRMING AMENDED CHAPTER 13 PLAN

I hereby certify that copies of the **December 3, 2020 Order Confirming Amended Chapter 13 Plan** were deposited in the United States mail, first class postage prepaid, on the date below, addressed to the parties listed on the Mailing Matrix filed with this Certificate of Mailing, excluding the Office of the US Trustee and the Trustee, who were served electronically through the CM/ECF system.

Date: **December 10, 2020**    /s/ J. Zac Christman
J. Zac Christman
Attorneys for Debtor(s)
530 Main Street
Stroudsburg, PA 18360
(570) 234-3960, fax: (570) 234-3965
zac@fisherchristman.com

| Label Matrix for local noticing | AES/Coronado SL Trust | AES/PHEAA |
|---|---|---|
| Case 5:19-bk-03250-RNO | PO Box 61047 | PO Box 61047 |
| Middle District of Pennsylvania | Harrisburg PA 17106-1047 | Harrisburg PA 17106-1047 |
| | 0 | |
| AES/Suntrust Bank | Attorney John Pike | Barclays Bank Delaware |
| PO Box 61047 | 400 3rd Avenue #205 | PO Box 8803 |
| Harrisburg PA 17106-1047 | Kingston PA 18704-5816 | Wilmington, DE 19899-8803 |
| Best Buy Credit Services | Capio Partners LLC | Capital One |
| P.O. Box 9001007 | 2222 Texoma Pkwy | PO Box 71083 |
| Louisville KY 40290-1007 | Suite 150 | Charlotte NC 28272-1083 |
| | Sherman TX 75090-2481 | |
| Capital One Bank (USA), N.A. | Capital One Bank USA NA | Capital One, N.A. |
| by American InfoSource as agent | PO Box 30281 | c/o Becket and Lee LLP |
| PO Box 71083 | Salt Lake City UT 84130-0281 | PO Box 3001 |
| Charlotte, NC 28272-1083 | | Malvern PA 19355-0701 |
| | Credit Collection Service | Credit One Bank |
| | PO Box 710 | PO Box 98872 |
| | Norwood MA 02062-0710 | Las Vegas NV 89193-8872 |
| Creditech | Dave Aikens Law Offices | Charles J DeHart, III (Trustee) |
| PO Box 99 | 900 Rutter Avenue | 8125 Adams Drive, Suite A |
| Bangor, PA 18013-0099 | Kingston PA 18704-4962 | Hummelstown, PA 17036-8625 |
| Dep. of Education/Nelnet | Dept. of Education/Nelnet | Lisa M. Doran |
| PO Box 82561 | 121 S 13th Street | Doran & Doran, P.C. |
| Lincoln, NE 68501-2561 | Lincoln NE 68508-1904 | 69 Public Square, Suite 700 |
| | | Wilkes-Barre, PA 18701 |
| | ECMC | FRONTIER COMMUNICATIONS |
| | PO BOX 16408 | BANKRUPTCY DEPT |
| | St Paul, MN 55116-0408 | 19 JOHN STREET |
| | | MIDDLETOWN NY 10940-4918 |
| Frontier Communications Corporation | Geisinger | Geisinger |
| PO Box 20550 | 100 N Academy Ave | PO Box 983142 |
| Rochester NY 14602-0550 | Danville, PA 17822-0001 | Boston MA 02298-3142 |
| Joel E. Mortimer | Joel E. Mortimer | |
| 1045 Laurel Run Road | c/o Lisa M. Doran, Esquire | |
| Bear Creek Township PA 18702-9709 | 69 Public Square, Suite 700 | |
| | Wilkes-Barre, PA 18701 | |

| | | |
|---|---|---|
| Juniper Card Services<br>PO Box 13337<br>Philadelphia PA 19101-3337 | Melanie Ann Kohli<br>278 Cider Run Road<br>Dallas, PA 18612-6016 | Kohls<br>PO Box 3115<br>Milwaukee WI 53201-3115 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lavin, O'Neil, Ricci, Cedrone and Disip<br>Suite 500<br>190 North Independence Mall West<br>6th & Race Streets<br>Philadelphia PA 19106-1557 | Andrew M. Lubin<br>Milstead and Associates<br>1 East Stow Road<br>Marlton, NJ 08053-3118 |
| M&T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240-1508 | M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Jill Manuel-Coughlin<br>Powers Kirn, LLC<br>Eight Neshaminy Interplex<br>Suite 215<br>Trevose, PA 19053-6980 |
| Sarah K. McCaffery<br>Powers Kirn, LLC<br>8 Neshaminy Interplex<br>Suite 215<br>Trevose, PA 19053-6980 | Medicredit Inc<br>PO Box 411187<br>Saint Louis MO 63141-3187 | Midland Funding LLC<br>Midland Credit Management Inc.<br>agent for Midland Funding LLC<br>Po Box 2011<br>Warren, MI 48090-2011 |
| Milstead & Associates LLC<br>1 E Stow Road<br>Marlton NJ 08053-3118 | Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd.<br>Dallas TX 75063 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PennyMac Loan Services, LLC<br>PO Box 2410<br>Moorpark, CA 93020-2410 | PennyMac Loan Services. LLC<br>3043 Townsgate Rd, Suite 200<br>Westlake Village, CA 91361-3027 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Pringle Borough Sewer Authority<br>89 Evans St<br>Kingston, PA 18704-1838 | Private National Mortgage<br>PO Box 514387<br>Los Angeles, CA 90051-4387 |
| SYNCB/Lowes<br>PO Box 530914<br>Atlanta GA 30353-0914 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank Old Navy<br>PO Box 530942<br>Atlanta GA 30353-0942 |
| THE BANK OF NEW YORK MELLON<br>c/o Andrew M. Lubin, Esquire<br>Milstead & Associates, LLC<br>1 East Stow Road<br>Marlton, NJ 08053-3118 | The Bank of New York Mellon<br>c/o Nationstar Mortgage LLC<br>d/b/a Mr. Cooper<br>ATTN: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 | The Bank of New York Mellon<br>c/o Nationstar Mortgage LLC d/b/a Mr. Co<br>ATTN: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 |
| US Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541