| In re: | Case No. 19-03250-HWV |
|---|---|
| Melanie Ann Kohli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Robert R Kohli, aka Robert Ryan Ryan Kohli, 5658 Main Road, Hunlock Creek PA 18621-2930 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2004-BC1 alubin@milsteadlaw.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| J. Zac Christman | on behalf of Debtor 1 Melanie Ann Kohli zac@fisherchristman.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Robert R. Kohli zac@fisherchristman.com office@fisherchristman.com |
| James Warmbrodt | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Lisa M. Doran | on behalf of Creditor Joel Mortimer ldoran@dorananddoran.com |
| Sarah K. McCaffery | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Melanie Ann Kohli fka Melanie Ann Mortimer fka Melanie Ann Simmonette<br><br>                                                    Debtor(s) | 19-03250 RNO<br><br>Chapter 13 Proceeding |
| PENNYMAC LOAN SERVICES, LLC<br>                                                    Movant<br>v.<br>Melanie Ann Kohli fka Melanie Ann Mortimer fka Melanie Ann Simmonette<br>and<br>Robert R. Kohli aka Robert Ryan Kohli (Co-Debtor)<br>and<br>Charles J. DeHart, III, Esquire<br>                                                    Respondents | |

## ORDER

Upon consideration of PENNYMAC LOAN SERVICES, LLC's Motion for Relief from the Automatic Stay, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are/is hereby modified to permit, PENNYMAC LOAN SERVICES, LLC and/or its successors and assigns to exercise its rights under its loan documents with regard to the property located at 5658 Main Road, Hunlock Creek, PA 18621 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, PENNYMAC LOAN SERVICES, LLC shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice(s) required by Federal Rule of Bankruptcy Procedure 3002.1.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

Dated: March 24, 2021        By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JG)