IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **MELANIE ANN KOHLI**, fka : Chapter **13**
Melanie Ann Simmonette, fka : Case No. **5:19-bk-03250**
Melanie Ann Mortimer, :
Debtor(s) :

**PRAECIPE TO CHANGE ADDRESS OF DEBTOR(S)**

TO THE CLERK:

Please change the mailing address of Debtor(s) **MELANIE ANN KOHLI** to:

Melanie Ann Kohli
92 Carverton Road
Trucksville, PA 18708-1741

/s/ J. Zac Christman
J. Zac Christman, Esquire
Attorney for Debtor(s)
530 Main Street
Stroudsburg, PA 18360
(570) 234-3960, fax: (570) 234-3965
zac@fisherchristman.com