United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 19-03250-MJC

Melanie Ann Kohli                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                        Page 1 of 2

Date Rcvd: May 04, 2022                     Form ID: pdf010                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melanie Ann Kohli, 92 Carverton Road, Trucksville, PA 18708-1741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2004-BC1 ecfmail@mwc-law.com |
| J. Zac Christman | on behalf of Debtor 1 Melanie Ann Kohli zac@fisherchristman.com  office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Robert R. Kohli zac@fisherchristman.com  office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Lisa M. Doran | on behalf of Creditor Joel Mortimer ldoran@do30ananddoran.com |
| Lorraine Gazzara Doyle | |

on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS  Inc.
Asset-Backed Certificates, Series 2004-BC1 ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | **MELANIE ANN KOHLI**, fka | : | Chapter **13** |
| | Melanie Ann Simmonette, fka | : | Case No. **5:19-bk-03250 MJC** |
| | Melanie Ann Mortimer, | : | |
| | Debtor(s) | : | |

### ORDER GRANTING
### APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, Dkt. # 94 and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses is **GRANTED**. It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby **APPROVED**, and Compensation of $ 8,500 and Expenses of $0 are hereby awarded to Attorneys for Debtor as an administrative expense claim. The Trustee is hereby authorized to distribute up to $ 6,500 to FISHER CHRISTMAN.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 4, 2022