UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MELANIE ANN KOHLI
MELANIE ANN SIMMONETTE, MELANIE
ANN MORTIMER                                        CHAPTER 13

                  Debtor(s)
                                                              CASE NO: 5-19-03250-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                  Movant
vs.
MELANIE ANN KOHLI
MELANIE ANN SIMMONETTE, MELANIE
ANN MORTIMER

                  Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

       AND NOW, on November 16, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for Dismissal, a statement of which follows:

    1. Debtor(s) filed the above case on July 29, 2019.

    2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

    3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates  - 10/08/2020, 06/03/2021, 01/12/2022

    4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

    5. Debtor(s) is currently 3 months in default with arrearages of $3,270.00, along with their current regular monthly payment of $1,090, through November 16, 2023. The total arrearage amount therefore due is **$4,360.00.**

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.


Dated:    November 16, 2023                    Respectfully submitted,

/s/    Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MELANIE ANN KOHLI
MELANIE ANN SIMMONETTE, MELANIE
ANN MORTIMER  CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS  CASE NO: 5-19-03250-MJC
CHAPTER 13 TRUSTEE
    Movant
vs.
MELANIE ANN KOHLI
MELANIE ANN SIMMONETTE, MELANIE
ANN MORTIMER

    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely paymentspursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    December 14, 2023 at 10:00 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA  18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: November 16, 2023

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MELANIE ANN KOHLI
MELANIE ANN SIMMONETTE, MELANIE
ANN MORTIMER

CHAPTER 13

Debtor(s)

CASE NO: 5-19-03250-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant
vs.
MELANIE ANN KOHLI
MELANIE ANN SIMMONETTE, MELANIE
ANN MORTIMER

    Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 16, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

J ZAC CHRISTMAN ESQUIRE
J ZAC CHRISTMAN LAW
556 MAIN STREET, SUITE 12
STROUDSBURG PA 18360-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

SERVED BY FIRST CLASS MAIL

MELANIE ANN KOHLI
92 CARVERTON ROAD
TRUCKSVILLE  PA  18708-1741

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 16, 2023   /s/  Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
Email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MELANIE ANN KOHLI
MELANIE ANN SIMMONETTE, MELANIE
ANN MORTIMER                                         CHAPTER 13

       Debtor(s)

CASE NO: 5-19-03250-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
       Movant
vs.
MELANIE ANN KOHLI
MELANIE ANN SIMMONETTE,
MELANIE ANN MORTIMER
       Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.