Certificate Number: 17082-PAM-DE-038749400

Bankruptcy Case Number: 19-03250



17082-PAM-DE-038749400

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 8, 2024</u>, at <u>2:19</u> o'clock <u>PM MST</u>, <u>MELANIE A KOHLI</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 8, 2024</u>    By:  <u>/s/Orsolya K Lazar</u>

            Name: <u>Orsolya K Lazar</u>

            Title: <u>Executive Director</u>