United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-03250-MJC |
| Melanie Ann Kohli | Chapter 13 |
| Robert R. Kohli | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Aug 12, 2024      Form ID: 3180WJ1      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Melanie Ann Kohli, 92 Carverton Road, Trucksville, PA 18708-1741 |
| jdb | + | Robert R. Kohli, 5658 Main Road, Hunlock Creek, PA 18621-2930 |
| 5228736 | + | AES/Coronado SL Trust, PO Box 61047, Harrisburg PA 17106-1047 |
| 5228739 | + | Attorney John Pike, 400 3rd Avenue #205, Kingston PA 18704-5816 |
| 5228749 | | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 5228750 | + | Dave Aikens Law Offices, 900 Rutter Avenue, Kingston PA 18704-4962 |
| 5228751 | + | Dep. of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5228753 | | Doran & Doran, 69 Public Square Suite 700, Wilkes-Barre, PA 18701 |
| 5228755 | | Geisinger, PO Box 983142, Boston MA 02298-3142 |
| 5253270 | | Joel E. Mortimer, c/o Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| 5228757 | + | Joel E. Mortimer, 1045 Laurel Run Road, Bear Creek Township PA 18702-9709 |
| 5233773 | | Joel Mortimer, c/o Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| 5228760 | + | Lavin, O'Neil, Ricci, Cedrone and Disipi, Suite 500, 190 North Independence Mall West, 6th & Race Streets, Philadelphia PA 19106-1557 |
| 5228764 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Dallas TX 75063 |
| 5228766 | + | Pringle Borough Sewer Authority, 89 Evans St, Kingston, PA 18704-1838 |
| 5228767 | + | Private National Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 12 2024 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5228737 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2024 18:42:00 | AES/PHEAA, PO Box 61047, Harrisburg PA 17106-1047 |
| 5228738 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2024 18:42:00 | AES/Suntrust Bank, PO Box 61047, Harrisburg PA 17106-1047 |
| 5228740 | + | EDI: TSYS2 | Aug 12 2024 22:41:00 | Barclays Bank Delaware, PO Box 8803, Wilmington,DE 19899-8803 |
| 5228741 | | EDI: CITICORP | Aug 12 2024 22:41:00 | Best Buy Credit Services, P.O. Box 9001007, Louisville KY 40290-1007 |
| 5228742 | + | EDI: CAPIO.COM | Aug 12 2024 22:41:00 | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5228744 | + | EDI: CAPITALONE.COM | Aug 12 2024 22:41:00 | Capital One, PO Box 71083, Charlotte NC 28272-1083 |
| 5231895 | | EDI: CAPITALONE.COM | Aug 12 2024 22:41:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 5228745 | | EDI: CAPITALONE.COM | Aug 12 2024 22:41:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5248195 | | Email/PDF: bncnotices@becket-lee.com | Aug 12 2024 18:55:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5228747 | + | EDI: CCS.COM | Aug 12 2024 22:41:00 | Credit Collection Service, PO Box 710, Norwood MA 02062-0710 |
| 5228748 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 12 2024 18:41:31 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5228752 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 12 2024 18:43:00 | Dept. of Education/Nelnet, 121 S 13th Street, Lincoln NE 68508-1904 |
| 5238906 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 12 2024 18:43:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5244357 | | Email/Text: bankruptcynotification@ftr.com | Aug 12 2024 18:43:00 | Frontier Communications, Attn: Bankruptcy Dept, 19 John St, Middletown, NY 10940 |
| 5228754 | | Email/Text: bankruptcynotification@ftr.com | Aug 12 2024 18:43:00 | Frontier Communications Corporation, PO Box 20550, Rochester NY 14602-0550 |
| 5228756 | ^ | MEBN | Aug 12 2024 18:37:19 | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5228758 | | EDI: TSYS2 | Aug 12 2024 22:41:00 | Juniper Card Services, PO Box 13337, Philadelphia PA 19101-3337 |
| 5228759 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 12 2024 18:42:00 | Kohls, PO Box 3115, Milwaukee WI 53201-3115 |
| 5249046 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2024 18:41:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5228761 | | Email/Text: camanagement@mtb.com | Aug 12 2024 18:43:00 | M&T Bank, PO Box 900, Baltimore MD 21264-2014 |
| 5236879 | + | Email/Text: camanagement@mtb.com | Aug 12 2024 18:43:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5228762 | + | EDI: PARALONMEDCREDT | Aug 12 2024 22:41:00 | Medicredit Inc, PO Box 411187, Saint Louis MO 63141-3187 |
| 5249632 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2024 18:43:00 | Midland Funding LLC, Midland Credit Management Inc., agent for Midland Funding LLC, Po Box 2011, Warren, MI 48090-2011 |
| 5253643 | | EDI: PRA.COM | Aug 12 2024 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5256176 | + | Email/PDF: ebnotices@pnmac.com | Aug 12 2024 18:42:00 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 5228765 | + | Email/PDF: ebnotices@pnmac.com | Aug 12 2024 18:56:19 | PennyMac Loan Services. LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361-3027 |
| 5228768 | | EDI: SYNC | Aug 12 2024 22:41:00 | SYNCB/Lowes, PO Box 530914, Atlanta GA 30353-0914 |
| 5229114 | ^ | MEBN | Aug 12 2024 18:37:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5228769 | | EDI: SYNC | Aug 12 2024 22:41:00 | Synchrony Bank Old Navy, PO Box 530942, Atlanta GA 30353-0942 |
| 5245446 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 12 2024 18:42:00 | The Bank of New York Mellon, c/o Nationstar Mortgage LLC d/b/a Mr. Co, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 5245447 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 12 2024 18:42:00 | The Bank of New York Mellon, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, ATTN: |

| Recip ID | | | | |
|---|---|---|---|---|
| 5233094 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | Aug 12 2024 18:43:00 | Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5252189 | EDI: AIS.COM | | Aug 12 2024 22:41:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Joel Mortimer, c/o Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| 5228743 | *+ | Capio Partners LLC, 2222 Texoma Pkwy, Suite 150, Sherman TX 75090-2481 |
| 5228746 | * | Capital One Bank, USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5228763 | ##+ | Milstead & Associates LLC, 1 E Stow Road, Marlton NJ 08053-3118 |
| 5240262 | ##+ | THE BANK OF NEW YORK MELLON, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2004-BC1 nj-ecfmail@mwc-law.com |
| J. Zac Christman | on behalf of Debtor 1 Robert R. Kohli zac@jzacchristman.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Melanie Ann Kohli zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Lisa M. Doran | on behalf of Creditor Joel Mortimer ldoran@dorananddoran.com LDoran@jubileebk.net |

| Lorraine Gazzara Doyle | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2004-BC1 ldoyle@squirelaw.com, LOGSECF@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Melanie Ann Kohli | Social Security number or ITIN xxx–xx–2707 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Robert R. Kohli | Social Security number or ITIN xxx–xx–5017 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–03250–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Melanie Ann Kohli
fka Melanie Ann Mortimer, fka Melanie Ann Simmonette

8/12/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**